# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

159193

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY KEYWES RIDGELL,
      Defendant-Appellant.

SC: 159193
COA: 347004
Monroe CC:  17-243320-FH;
              17-243321-FH

_____/

      On order of the Court, the application for leave to appeal the February 12, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

b1021